# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2169
LT Case No. 2018-CF-007866-A

_____

TONY LAMAUR HILL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Tony Lamaur Hill, Zephyrhills, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

September 5, 2023


PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————